717 A.2d 1022

Wayne FERRELL, Appellant,

v.

Martin HORN, Commissioner; Ben Varner, Superintendent; Department of Corrections, Appellees.

No. 37 M.D. Appeal Docket 1998.

Supreme Court of Pennsylvania.

Sept. 15, 1998.

## ORDER

PER CURIAM:

AND NOW, this 15th day of September 1998, the motion for vacated order and reinstatement of case and reconsideration and collection of record is denied. The motion for removal of appellee from the record is dismissed.